MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar. No. 252629)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone:   (510) 500-9994
Email:          hanni@mlf-llp.com

Attorneys for Reza Khoshnevisan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3:23-CR-00420-SI |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| REZA KHOSHNEVISAN | |
| Defendant. | |

   PLEASE TAKE NOTICE that effective immediately, undersigned's address has changed. Counsel's new contact information is as follows.

Moeel Lah Fakhoury LLP
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Dated:   January 2, 2024                      Respectfully submitted,

                                              MOEEL LAH FAKHOURY LLP

                                              */s/ Hanni M. Fakhoury*
                                              Hanni M. Fakhoury
                                              Attorneys for Reza Khoshnevisan